1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10 CLIFFORD LEE ELLIS,                    )   NO. EDCV 07-123 DSF (FFM)
                                          )
11              Petitioner,               )   ORDER ADOPTING FINDINGS,
                                          )   CONCLUSIONS AND
12      v.                                )   RECOMMENDATIONS OF
                                          )   UNITED STATES MAGISTRATE JUDGE
13 ROSEANNE CAMPBELL, WARDEN, )
                                          )
14              Respondent.               )
   _____       )
15

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17 and files herein, and the Report and Recommendation of the United States Magistrate

18 Judge.  The Court concurs with and adopts the findings, conclusions and

19 recommendations of the Magistrate Judge.  The Court notes that, although only one

20 claim is identified at page 3 of the Report and Recommendation, the Magistrate Judge

21 considered and the Report and Recommendation addresses, both claims.  (See p. 10.)

22 The Court also notes that Pinholster v. Ayers, 590 F.3d 651 (9th Cir. 2009), cited at page

23 5 of the Report and Recommendation, has since been reversed.  The reversal has no

24 effect on this Court's ruling.

25         IT THEREFORE IS ORDERED that Judgment be entered dismissing this Petition

26 on the merits with prejudice.

27                 5/9/11
   DATED: _____

28

DALE S. FISCHER
United States District Judge