UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLIFFORD LEE ELLIS, | NO. EDCV 07-123 DSF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ROSEANNE CAMPBELL, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 5/9/11

DALE S. FISCHER
United States District Judge